IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Cr. No. 21-0816 KG

MATTHEW AARON HENDERSON,

    Defendant.

### ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this matter is referred to Chief Magistrate Judge Carmen E. Garza to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of Defendant's *pro se Notice of Prosecutorial Misconduct* (Doc. 42), Defendant's *pro se Motion for a Furlough Request* (Doc. 46), and Defendant's *pro se Motion to Compel the U.S. Attorney to Release All Records, Recordings, Notes, Video, Etc. of the 2nd Debrief of Matthew Henderson* (Doc. 47). The Magistrate Judge will analyze whether Defendant's *pro se* filing are properly before the Court or Defendant is still represented by counsel. The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1). Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

                                                                                           UNITED STATES DISTRICT JUDGE