IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                 No. CR 21-816 KG

MATTHEW AARON HENDERSON,

        Defendant.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), (Doc. 54), filed November 16, 2021. In the PFRD, the Chief Magistrate Judge recommended that Mr. Henderson's *Pro Se Notice of Prosecutorial Misconduct*, (Doc. 42), *Pro Se Motion for Furlough Request*, (Doc. 46), and *Pro Se Motion to Compel the U.S. Attorney to Release All Records, Recordings, Notes, Video, Etc. of the 2nd Debrief of Matthew Henderson*, (Doc. 47), be stricken, as Mr. Henderson remains represented by counsel, and was thus not permitted to file pro se. (Doc. 54 at 4-5). The Court further recommended that Mr. Henderson's request for a hearing be denied. *Id.* at 5.

The parties were notified that written objections to the PFRD were due within fourteen days. *Id.* No objections have been filed and the deadline has passed. The recommendation of the Chief Magistrate Judge is therefore adopted by this Court.

IT IS THEREFORE ORDERED that Mr. Henderson's *Pro Se Notice of Prosecutorial Misconduct*, (Doc. 42), *Pro Se Motion for Furlough Request*, (Doc. 46), and *Pro Se Motion to Compel the U.S. Attorney to Release All Records, Recordings, Notes, Video, Etc. of the 2nd Debrief of Matthew Henderson*, (Doc. 47), are STRICKEN.

IT IS FURTHER ORDERED that Mr. Henderson's request for a hearing is DENIED.

IT IS SO ORDERED.

                                                                                                  _____
                                                                                                   UNITED STATES DISTRICT JUDGE