IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                No. CR 21-816 KG

MATTHEW AARON HENDERSON,

    Defendant.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), (Doc. 63), filed March 1, 2022. In the PFRD, the Chief Magistrate Judge recommended that the Court deny as moot Defendant Matthew Henderson's *pro se Motion for Assistance from the Court* (the "Motion for Assistance"), (Doc. 56), and his *pro se Motion to Release Defendant's Cell Phone from Custody of the US Attorney* (the "Motion to Release Cell Phone"), (Doc. 57), because Defendant has been released from custody. (Doc. 63 at 1-2).

The parties were notified that written objections to the PFRD were due within fourteen days of the date the PFRD was filed. *Id.* at 2. No objections were filed, and the deadline for doing so has passed. The recommendation of the Chief Magistrate Judge is therefore adopted by this Court.

IT IS THEREFORE ORDERED that Defendant's *pro se Motion for Assistance from the Court* (the "Motion for Assistance"), (Doc. 56), and his *pro se Motion to Release Defendant's Cell Phone from Custody of the US Attorney* (the "Motion to Release Cell Phone"), (Doc. 57), are DENIED AS MOOT.

Additionally, Herman Ortiz filed an unopposed Motion to Withdraw as Attorney. (Doc. 64). Mr. Ortiz did not provide updated contact information for Defendant Henderson. Accordingly, Mr. Ortiz's Motion is denied without prejudice to refiling with Mr. Henderson's current contact information.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE